AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Otazo-Reyes, Alicia M. | U.S. District Court, Southern District of Florida | 03/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

301 N. Miami Avenue, 10th Floor
Miami, Florida 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Miami Dade College Paralegal Studies Program Advisory Committee |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |


## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | N | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. Bank of America, NA, RASP (cash account) | A | Interest | K | T | | | | | |
| 4. AB Large Cap Growth Fund (APGYX) | | None | K | T | | | | | |
| 5. AIG Focused Dividend Strategy (FDSWX) | A | Dividend | K | T | | | | | |
| 6. Alger Small Cap Focus Fund Class Z (AGOZX) | | None | J | T | Buy | 09/18/18 | J | | |
| 7. American Century Mid Cap Value Fund (AVUAX) | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 8. Blackrock Credit Strategies Income Fund (BSMIX) | A | Dividend | J | T | | | | | |
| 9. Blackrock High Yield Bd. Portfolio Fund (BHYIX) | A | Dividend | J | T | | | | | |
| 10. Columbia Large Cap Enhanced Core Fund (NMINX) | A | Dividend | K | T | | | | | |
| 11. Delaware Value Fund (DDVIX) | A | Dividend | K | T | | | | | |
| 12. Eaton Vance High Income Opportunities Fund (EIHIX) | A | Dividend | J | T | | | | | |
| 13. Eaton Vance Floating Rate MF (EIBLX) | A | Dividend | J | T | | | | | |
| 14. Fidelity Advisors Mid Cap Value Fund (FMPOX) | A | Dividend | | | Sold | 04/18/18 | J | | |
| 15. First TR Dorsey WRT (FV) | A | Dividend | J | T | | | | | |
| 16. Glenmede Large Cap Growth Fund (GTILX) | A | Dividend | K | T | | | | | |
| 17. Goldman Sachs Emerging Markets Debt Fund (GSDIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Henderson Global Equity Income Fund (HFQIX) | A | Dividend | | | Sold | 10/10/18 | J | | |
| 19. Hennessy Focus Fund (HFCIX) | | None | | | Sold (part) | 01/30/18 | J | B | |
| 20. | | | | | Sold | 03/16/18 | J | B | |
| 21. Hotchkis and Wiley Small Cap Value Fund (HWSIX) | A | Dividend | J | T | | | | | |
| 22. Invesco S&P High Income Low Volatility Fund (SPHD) | A | Dividend | J | T | Sold (part) | 04/18/18 | J | A | |
| 23. iShares NASDAQ Biotech ETF (IBB) | A | Dividend | J | T | | | | | |
| 24. iShares 20+ year Treasury Bond ETF (TLT) | A | Dividend | K | T | | | | | |
| 25. iShares S&P Midcap 400 Growth (IJK) | A | Dividend | J | T | Buy | 10/17/18 | J | | |
| 26. iShares Core S&P 500 ETF (IVV) | A | Dividend | K | T | | | | | |
| 27. iShares S&P Smallcap 600 Growth (IJT) | A | Dividend | J | T | Buy | 03/26/18 | K | | |
| 28. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 29. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 30. iShares Core S&P US Growth ETF (IUSG) | A | Dividend | K | T | | | | | |
| 31. iShares Core S&P US Value ETF (IUSV) | A | Dividend | K | T | | | | | |
| 32. iShares Inc Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | J | T | | | | | |
| 33. Ivy Emerging Markets (IPOIX) | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 34. | | | | | Buy (add'l) | 04/02/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Janus Henderson Global Equity Income Fund Class I (HFQIX) (X) | A | Dividend | J | T | | | | | |
| 36. Janus Henderson Enterprise Fund I (JMGRX) | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 37. JOHCM International Select Fund (JOHIX) | A | Dividend | J | T | | | | | |
| 38. JP Morgan Intrepid Mid Cap Fund (WOOPX) | A | Dividend | J | T | | | | | |
| 39. Lord Abbett Bond Debenture Fund Cl F (LBDFX) | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 40. Lord Abbett Short Duration Income Fd Cl F. (LDLFX) | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 41. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 42. Mainstay Large Cap Growth Fund (MLAIX) | | None | L | T | | | | | |
| 43. Metropolitan West Total Return Bond Fund (MWTIX) | A | Dividend | K | T | | | | | |
| 44. MFS International Value Fund (MINIX) | A | Dividend | J | T | | | | | |
| 45. MFS International Diversification Fund Cl I (MDIJX) | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 46. MFS Value FD CL I MF (MEIIX) | B | Dividend | L | T | | | | | |
| 47. Oakmark Intl Fd Cl Adv (OAYIX) (X) | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 48. Oppenheimer Developing Markets Fund Cl Y (ODVYX) | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 49. PGIM Short Term Corporate Bond Fd Cl Z (PIFZX) | A | Dividend | J | T | | | | | |
| 50. PGIM Total Return Bond Fd Cl Z (PDBZX) | A | Dividend | J | T | | | | | |
| 51. Pimco Global Bond Fund (PGNPX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Income Fund (PONPX) | A | Dividend | K | T | | | | | |
| 53. Pioneer Strategic Income Fund (STRYX) | A | Dividend | J | T | | | | | |
| 54. SPDR Gold Trust (GLD) | | None | J | T | Buy | 04/02/18 | J | | |
| 55. | | | | | Sold | 07/19/18 | J | | |
| 56. | | | | | Buy | 12/19/18 | J | | |
| 57. SPDR Index SHS FDS (FEZ) | A | Dividend | | | Sold | 08/17/18 | J | B | |
| 58. The Oakmark Fund (OAKIX) (Y) | | | | | | | | | |
| 59. Thornburg Ltd Term Income Fund (THIIX) | A | Dividend | J | T | | | | | |
| 60. Wells Fargo Large Cap Core Fund (EGOIX) | A | Dividend | K | T | | | | | |
| 61. Western Asset Core Plus Bond Fund (WACPX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 13, 22, 30, 31, 36, 39, 40, 49, and 50: Corporate name changes and symbol corrections; see 2017, lines 12, 41, 23, 24, 27, 31, 32, 43, and 42, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Otazo-Reyes, Alicia M. | 03/11/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alicia M. Otazo-Reyes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544